FILED

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:05cr193-F
) [21 USC 841(a)(1);
STEPHEN SHAWN CRENSHAW ) 18 USC 924(c)(1)(A)]
)
) INDICTMENT

The Grand Jury charges:

COUNT 1

On or about the 27th day of October, 2004, in Hayneville, Alabama, within the Middle District of Alabama,

STEPHEN SHAWN CRENSHAW,

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 76.30 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

On or about the 27th day of October, 2004, in Hayneville, Alabama, within the Middle District of Alabama,

STEPHEN SHAWN CRENSHAW,

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 2.02 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 3

On or about the 27th day of October, 2004, in Hayneville, Alabama, within the Middle District of Alabama,

STEPHEN SHAWN CRENSHAW,

defendant herein, did knowingly possess a Davis Industries .380 caliber semiautomatic pistol, serial number AP501692, in furtherance of a drug trafficking offense, and did use and carry said firearm during and in relation to a drug trafficking offense, both drug trafficking crimes for which he may be prosecuted in a court of the United States as charged in Counts 1 and 2 herein, to wit: possession with intent to distribute marijuana and cocaine base, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of 18, United States Code, Section 924(c)(1)(A), as alleged in Count 2 of this indictment, the defendant,

STEPHEN SHAWN CRENSHAW,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Davis Industries .380 Caliber Semi-Automatic Pistol,**
**Serial Number AP 501692.**

C. If any of the property described in this forfeiture allegation, as a result of any act

or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the paragraphs above.

All in violation of Title 18, United States Code, Section 924.

A TRUE BILL:

Foreperson

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

John T. Harmon
Assistant United States Attorney

Kent B. Brunson
Assistant United States Attorney