✎AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

STEPHEN SHAWN CRENSHAW
194 MAIN STREET
MOSSES, ALABAMA

**WARRANT FOR ARREST**

Case Number:  2:05CR193-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____STEPHEN SHAWN CRENSHAW_____
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

VIOLENT CRIME/DRUGS/MACHINE GUN

in violation of Title  ___21 & 18___  United States Code, Section(s)  ___841(a)(1) and 924(c)(1)(A)___

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

*Kelli Gregg* (signature)
Signature of Issuing Officer

9/13/05   Montg., Al.
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |