IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr193-F |
| ) | |
| STEPHEN SHAWN CRENSHAW ) | |

**O R D E R**

This cause is before the Court on the Motion to Strike Forfeiture Allegation (Doc. # 4) filed by the United States of America in the above-styled cause. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED, ADJUDGED and DECREED by the Court that the Forfeiture Allegation is hereby STRICKEN.

DONE this 29th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE