IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05CR193-F |
| ) | |
| STEPHEN SHAWN CRENSHAW ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF    DRAPER CORRECTIONAL FACILITY
                                   ELMORE , ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ____ **STEPHEN SHAWN CRENSHAW** , a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **November 30, 2005, at 10:00 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 21st day of October, 2005.

                                   DEBRA P. HACKETT, CLERK
                                   UNITED STATES DISTRICT COURT
                                   MIDDLE DISTRICT OF ALABAMA

                                   BY: *Kelli Gregg*
                                       Deputy Clerk