**COURTROOM DEPUTY MINUTES**  DATE: **11/30/05**
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 4:02 - 4:08**

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:05CR193-F-SRW   **DEFT. NAME:** STEPHEN S. CRENSHAW

**USA:** KENT BRUNSON   **ATTY:** KEVIN BUTLER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:** _____

Defendant _____ does √ does NOT need an interpreter;
Interpreter present √ NO ___ YES   NAME _____

---

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- √ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- √   Requests appointed Counsel √ **ORAL MOTION for Appointment of Counsel**
- √ Finaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- √ koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-       ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
-       √ **Trial Term** 2/13/06 ; ☐ **PRETRIAL CONFERENCE DATE:** _____
-       √ **DISCOVERY DISCLOSURES DATE:** 12/2/05
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.