IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

## MOTION TO SUPPRESS STOP, SEARCH AND SEIZURE AND CITATIONS OF AUTHORITY

**COMES NOW**, the Defendant, Stephen Shawn Crenshaw, by and through undersigned counsel, Kevin L. Butler, and pursuant to the Fourth and Fifth Amendments to the United States Constitution, moves this Court for an Order suppressing all evidence and statements illegally seized as a result of the stop, search and seizure of the vehicle driven by Mr. Crenshaw October 27, 2004.

This evidence includes but is not limited to: (a) any and all physical evidence seized from the vehicle or Mr. Crenshaw, (b) any and all statements made as a result of the illegal stop, search and seizure of the vehicle, and (c) any other "fruit" of the illegal stop, search and seizure.

### Facts

Stephen Shawn Crenshaw is a 27 year old African-American male. On October 27, 2004, he was driving a white Chevrolet Suburban (the vehicle) in and around Hayneville, AL. He had five African-American male passengers. Mr. Crenshaw was operating his vehicle safely and within posted speed limits.

Nevertheless, at approximately, 2:00 p.m., the vehicle was stopped by Hayneville Police Officer Ashford Packer because approximately one month earlier a "suspicious older model white suburban" was possibly used/present at a local burglary.[1] After the vehicle was stopped, a search of

---

[1] Lowndes County Sheriff's Deputy Jimmy Harris first notice the vehicle while it was being fueled at a Shell Service Station. He followed the vehicle for several miles and then

the vehicle revealed crack cocaine and a firearm. Mr. Crenshaw was subsequently charged in this court with felony possession of the contraband found in the vehicle.

Mr. Crenshaw moves to suppress the stop and subsequent search of the vehicle.

**Argument**

There was not probable cause to stop the vehicle. Therefore, the subsequent stop, search and seizure were improper and all evidence seized as a result of the unconstitutional stop, search, and seizure must be suppressed.

The Fourth Amendment guarantees "the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures." Const. Amend IV. "[S]earches conducted outside the judicial process, without prior approval by judge or magistrate, are *per se* unreasonable under the Fourth Amendment -- subject only to a few specifically established and well-delineated exceptions." *Katz v. United States*, 88 S.Ct. 507, 514 (1967) (internal citations omitted).

One of those exceptions is the stop of a vehicle. However, police may only stop a vehicle if the totality of circumstances show that there is probable cause to believe occupant(s) have violated the law (i.e. committed a traffic violation or some other offense). *United States v. Arvizu*, 122 S.Ct. 744 (2002). And though a police officers may order an individual out of the vehicle once it is stopped, there must be some legitimate basis (i.e. traffic violation) for the stop of the vehicle. *Wren v. United States*, 517 U.S. 806 (1996); *Pennsylvania v. Mimms*, 434 U.S. 106 (1977).

In this case, there was no reasonable basis or justification for the stop. Mr. Crenshaw had not violated any traffic rules or laws nor was there probable cause to believe that prior to the stop the vehicle or Mr. Crenshaw had been involved in criminal activity. The fact that Mr. Crenshaw

---

requested via police radio that Officer Packer stop the vehicle.

happened to drive a vehicle that generally met the description of a automobile that may have been involved in criminal activity one month earlier does not support cause for the stop, without the officer(s) being in possession of facts and circumstances supporting cause to believe it was actually used in criminal activity.

The defense's initial research has shown that thousands of white late model suburbans have been made and that hundreds (possibly thousands) of them are registered in Alabama. Under the government's theory, anyone in Lowndes County, AL who drove this type of vehicle on or around October 27, 2004 would be subject to a police stop and questioning.[2]

**WHEREFORE,** Mr. Crenshaw asks this Court to enter an order suppressing all evidence (statements and items) seized during and subsequent to the stop of the vehicle on October 27, 2004. This evidence includes, but is not limited to:

(a)  any and all physical evidence seized from the vehicle;

(b)  any and all statements made by as a result of the stop of the vehicle; and

(c)  any and all evidence obtained as a result of or is the "fruit" of any such seizures.

Dated this 1st day of January 2006.

           Respectfully submitted,

           s/ Kevin L. Butler
           KEVIN L. BUTLER
           First Assistant Federal Defender
           201 Monroe Street, Suite 407
           Montgomery, Alabama 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           E-mail: kevin_butler@fd.org
           AZ Bar Code: 014138

---

[2] It is well established that a general alert/description of a "white male suspect wearing blue jeans" would not support probable cause to stop all white males wearing jeans. (Citation Omitted).

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| **STEPHEN SHAWN CRENSHAW** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138