| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:44 - 3:51 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr193-LSC | **DEFENDANT(S)** Stephen Shawn Crenshaw |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Kevin Butler |

☐ **DISCOVERY STATUS:**
   Not complete - Defendant wants copies of citations given at time of traffic stop.
   Government will furnish these

☐ **PENDING MOTION STATUS:**
   Defendant's m/suppress has been filed
   Defendant states he will file m/continue trial & wants case continued to 4/24/06 Cr Term
   Defendant to file speedy trial waiver

☐ **PLEA STATUS:**
   Last plea date for 4/24/06 Cr Term is 4/17/06

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   Judge Walker to get with Judge Fuller regarding Cr Term