IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr193-F |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

## **ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 15), filed January 1, 2006, and for good cause, it is

ORDERED that the motion is set for hearing at 9:00 a.m. on January 23, 2006 before Judge L. Scott Coogler in courtroom 2-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 6th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE