IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-193-C |
| ) | |
| STEPHEN SHAWN CRENSHAW ) | |

### RESPONSE TO MOTION TO SUPPRESS

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for Middle District of Alabama, and in response to the Motion to Suppress filed by the Defendant herein, the following is submitted:

The incident report establishes that at approximately 11:45 p.m. on Wednesday, October 27, 2004, Lowndes County Deputy Sheriff Jimmy Harris Jr., observed a White Chevy Suburban drive up to a fuel pump at a Shell station located on U.S. 80 and Al. 97. Deputy Harris noticed that the vehicle fit the description of one used in a burglary on October 20, 2004. (The incident report gives November 20, 2004, as the date which is obviously incorrect since that is a date subsequent to the incident report).

Deputy Harris continued to observe the vehicle and watched as it left the service station and drove south on Al. 97 toward Hayneville. Deputy Harris followed from a distance and radioed Hayneville Police Officer Ashford Parker and informed him that the vehicle in question was possibly involved in a burglary as well as had been reported as a suspicious vehicle.

Officer Parker stopped the vehicle at approximately 11:57 p.m. and Deputy Harris soon arrived at the location of the stop along with Officer Durant. The incident report says the Suburban was occupied by five subjects. Officer Durant observed a crack pipe on the back driver side of the vehicle on the floor and the vehicle was then searched.

Crenshaw moves to suppress the stop and the subsequent search of the vehicle. He argues that there was no probable cause to stop the vehicle. The United States submits that Deputy Harris' observation that the vehicle being driven by Crenshaw fit the description of a vehicle involved in a burglary gave Deputy Harris reasonable suspicion to stop the vehicle as an investigatory detention.

Terry v. Ohio, 392 U.S. 1 (1968).

Once the vehicle was lawfully stopped as an investigatory detention, a crack pipe was observed within the vehicle. Based upon the observation of the crack pipe, a further search of the vehicle under the vehicle exception to the warrant requirement, disclosed cocaine, marijuana and a firearm in the vehicle. Pennsylvania v. Labron, 518 U.S. 938 (1996).

While probable cause for the stop may not have existed, Deputy Harris definitely had reasonable suspicion sufficient to justify the initial stop of the vehicle. Therefore, the search of the vehicle, that followed the discovery of the crack pipe, resulting in the instant charges against Crenshaw is not to be suppressed.

Wherefore, premises considered, the United States submits that the Motion to Suppress is due to be denied.

Respectfully submitted this the 12th of January, 2006.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> /s/ Kent B. Brunson
> KENT B. BRUNSON
> Assistant United States Attorney
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> 334.223.7280
> 334.223.7135 fax
> kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-193-C |
| ) | |
| STEPHEN SHAWN CRENSHAW ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov