IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| **STEPHEN SHAWN CRENSHAW** | ) | |

### SUPPLEMENT TO MOTION TO SUPPRESS SEARCH AND STATUS MEMORANDUM

**COMES NOW** Stephen S. Crenshaw, by and through undersigned counsel Kevin L. Butler, and submits the following Supplement to Motion to Suppress and Status Memorandum. In support of this pleading the Defendant states:

1. On January 23, 2006, this Court conducted an evidentiary hearing on Mr. Crenshaw's Motion to Suppress Evidence. (Docket #15).

2. At the conclusion of the hearing, the government was directed to provide the defense with supplemental discovery. Specifically, the government was directed to provide the defense with the Alabama Incident Report in case # 41000045 in which a White late model Chevrolet Suburban was reported in the area of a residential burglary in Lowndes County, Alabama on October 20, 2004.

3. The government has provided the supplemental discovery. In the supplemental discovery, Ms. Catrice Myrick informed the Lowndes County Sheriff's Department that she observed a late model White Suburban near her residence after it was robbed on October 20, 2004.

4. The defense and the government were also directed to attempt to ascertain the number of White Chevrolet Suburbans registered in the State of Alabama and registered in Lowndes

County, Alabama.

5. Even with the assistance of government counsel, state authorities have informed defense counsel that this information is not readily available. Undersigned counsel is subpoenaing the information. However, it is unlikely it will be available to the Court prior to the presently scheduled trial date.

6. The defense will continue in its efforts to obtain information related to the number of White Chevrolet Suburbans registered in the State of Alabama and Lowndes County, Alabama. However, it is Mr. Crenshaw's position that although this information may be of some assistance to the Court, sufficient evidence has been elicited to establish that the stop of his vehicle was illegal and the evidence should be suppressed. Specifically:

   – Prior to ordering the vehicle stopped, Officer Harris had no information connecting the White Suburban he observed at the Shell Gas Station (Mr. Crenshaw's vehicle) to any specific criminal activity;

   – Prior to ordering Mr. Crenshaw's vehicle stopped, Officer Harris had not observed the vehicle or its occupants engage in any criminal, suspicious or dangerous activity; and

   – Prior to ordering the vehicle stopped, Officer Harris testified he only had a "hunch" that the vehicle was involved in criminal activity or contained contraband.

7. The information possessed by Officer Harris simply was not articulable facts which supported a reasonable suspicion necessary to stop the vehicle. See *United States v. Jacquez*, 421 F.3d 338 (5th Cir. 2005); *United States v. De La Cruz-Tapia*, 162 F.3d 1275 (5th Cir. 1998); See generally, *Alabama v. White*, 496 U.S. 325 (1990). A mere "hunch" or unparticularized suspicion is not sufficient grounds to stop a vehicle. *Jacquez* at 341; See

generally, *United States v. Perkins*, 348 F.3d 965 (11th Cir. 2003) .

WHEREFORE the reasons set forth above, the evidence produced at the January 23, 2006, evidentiary hearing and established in the underlying Motion to Suppress, the Defendant respectfully requests that the stop and subsequent search of the vehicle be suppressed.

Dated this 1st day of February 2006.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05cr193-F |
| ) | |
| **STEPHEN SHAWN CRENSHAW** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138