IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

**UNOPPOSED MOTION TO ACCEPT 11(c)(1)(C) PLEA AGREEMENT**

**COMES NOW** the Stephen Crenshaw, by and through undersigned counsel, Kevin L. Butler, and moves without opposition for the court to accept the parties 11(c)1(C) plea agreement in this case. In support of this motion the defense states:

1. Mr. Crenshaw moved to suppress the stop and search of his vehicle.

2. On Friday, February 3, 2006, at approximately 4:30 p.m., Mr. Crenshaw's motion to suppress was denied. This was the date for submission of 11(c)(1)(C) plea agreements.

3. Immediately upon denial of the motion the parties negotiated in good faith the resolution of this case pursuant to Fed. R. Crim. P. 11(c)(1)(C).

4. The resolution could not be completed on or before the deadline of submission of 11(c)(1)(C) plea agreements.

5. Therefore, there is good cause for allowing the parties to submit an untimely 11(c)(1)(C) plea agreement in this case.

WHEREFORE undersigned counsel respectfully requests that this motion be granted.

Dated this 7th day of February 2006.

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| **STEPHEN SHAWN CRENSHAW** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138