IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr193-LSC |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

## **ORDER**

Upon consideration of defendant's motion to accept 11(c)(1)(C) plea (Doc. # 25), filed February 7, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Further, pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #26) filed on February 7, 2006, it is hereby

ORDERED that the defendant, STEPHEN SHAWN CRENSHAW, appear with counsel before the undersigned Magistrate Judge on February 8, 2006 at 2:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 7th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE