| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:00 - 2:21 |
| | COURT REPORTER: Jimmy Dickens |

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: Susan Russ Walker   DEPUTY CLERK: Joyce Taylor
CASE NUMBER: 2:05cr193-LSC   DEFENDANT NAME: Stephen Shawn Crenshaw
AUSA: Kent Brunson   DEFENDANT ATTORNEY: Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Dwayne Spurlock
Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
   √ Guilty as to:
      √ Count(s):   1 & 3   of the Indictment
      √ Count(s):   2   ☐ dismissed on oral motion of USA
         √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 3 of the Indictment.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
   ☐ Defendant requests time to secure new counsel