**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.

STEPHEN SHAWN CRENSHAW

**Case Number:** 2:05-CR-193-LSC

**COURTROOM NOTES:** SUPPRESSION HEARING held in Montgomery before the Honorable L. Scott Coogler, USDJ;  Motion (doc. 15) to suppress Stop, Search and Seizure;  Government's testimony;  Government rest;  Defendant's testimony;  Defendant rest;  Court to allow additional briefs [after dft's brief is filed (no date given) - govt allowed 3 days thereafter to file response]; written order to be entered by court at later date;  Adjourned

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| 1/23/06:  Jimmy Harris | 1/23/06:  Jimmie Fisher |
|  | Patricia Kemp |

TRIAL DATES: 1/23/06    9:50 - 10:50

COURTROOM DEPUTY:    Ann Fox          COURT REPORTER :   Lindy Fuller

SCANNED