**STYLE:** USA v. Crenshaw          **CASE NUMBER:** 2:05-CR-193-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **SUPPRESSION HEARING 1/23/2006** <br> PLAINTIFF <br> <u>GOVERNMENT</u> <br> DEFENDANT <br> COURT <br> JOINT |
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | X | X | | | | | | X 1/23/06 | Officer Incident Log |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |