**STYLE:** USA v. Crenshaw  
**CASE NUMBER:** 2:05-CR-193-LSC

EXHIBITS — **SUPPRESSION HEARING 1/23/2006**

PLAINTIFF  
GOVERNMENT  
DEFENDANT ___  
COURT  
JOINT

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS | O/R | RES | RULING ON REOFFER SUS | O/R | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | X |  | X |  |  |  |  | X 1/23/06 | E-mail 1-11-06 |
|  | 2 | X |  |  |  |  |  |  | X 1/23/06 | Written statement by Officer Harris |
|  | 3 |  |  |  |  |  |  |  |  |  |
|  | 4 |  |  |  |  |  |  |  |  |  |
|  | 5 |  |  |  |  |  |  |  |  |  |
|  | 6 |  |  |  |  |  |  |  |  |  |
|  | 7 |  |  |  |  |  |  |  |  |  |
|  | 8 |  |  |  |  |  |  |  |  |  |
|  | 9 |  |  |  |  |  |  |  |  |  |
|  | 0 |  |  |  |  |  |  |  |  |  |