IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr193-LSC |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

## **ORDER**

Upon consideration of defendant's letter received February 15, 2006, requesting appointment of new counsel, and for good cause, it is

ORDERED as follows:

1. The letter shall be construed as a motion for appointment of counsel and docketed and made a part of the court file.

2. A hearing to address the motion is scheduled for 9:00 a.m. on March 1, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The Clerk of the Court is DIRECTED to forward a copy of the motion to defendant's attorney.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 16th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE