RECEIVED
2006 FEB 15 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

02-13-06

Stephen Crenshaw

Dear Susan Russ Walker
United States Magistrate Judge,

How are you doing, This is Stephen Shawn Crenshaw Federal Inmate Montgomery City Jail. I'm writing on my behave to let you know that I would like if you can to get me a new attorney of counsel. I been appeared in person and in open court with counsel, Kelvin Butler on his behave Mr. Butler hasn't represented me right and I feel like I wish to hire a new attorney. Mr. Butler also haven't yet given me any Discovery on my behave. I've been asking for the discovery to see whats I'm facing and who said what, but no discovery. I only seen him about three times and he wouldn't try to help me at all on my questions I have asked so thats why I'm asking for a new attorney. If you can respond and let me know whats, what I will surely appreciated.

Stephen Crenshaw

SCANNED