IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr193-F |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Stephen Shawn Crenshaw and requests this Court allow counsel to withdraw and order the substitution of new counsel. In support of this motion, undersigned counsel states:

1. On November 30, 2005, undersigned counsel was appointed to represented Mr. Crenshaw.

2. Beginning on about February 13, 2006, Mr. Crenshaw refused to communicate with undersigned counsel and expressed verbal hostility towards undersigned counsel representation. Specifically, Mr. Crenshaw asserts that undersigned counsel has failed to a) zealously represent him, b) properly negotiate a favorable case resolution, c) adequately challenge the government's proof, and d) adequately advise him prior to his entry of a plea of guilty of the strength (or weakness) of the government's case.

3. Meetings with Mr. Crenshaw have not been able to resolve the breakdown in communication or trust and Mr. Crenshaw requests new counsel be appointed.

4. These disputes and Mr. Crenshaw's unwillingness to communicate with undersigned counsel has led to irreconcilable differences between Mr. Crenshaw and counsel. It is therefore, in the interest of justice to allow undersigned counsel to withdraw and substitute new counsel

who may better communicate with Mr. Crenshaw.

WHEREFORE, defendant respectfully asks that these Motions be granted.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:05cr193-F |
| ) | |
| **STEPHEN SHAWN CRENSHAW** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138