IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05cr193-LSC |
| ) | |
| STEPHEN SHAWN CRENSHAW ) | |

**ORDER**

Upon consideration of defendant's motion to appoint counsel (Doc. # 34), filed February 15, 2006, and defendant counsel Kevin Butler's motion to withdraw and for substitution of counsel (Doc. # 35), filed February 22, 2006, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED. Accordingly, it is ORDERED that Russell Duraski is appointed to represent the defendant for all further proceedings. Mr. Duraski shall file a written notice of appearance with this Court.

It is further ORDERED that the hearing scheduled for March 1, 2006 be and hereby is cancelled pursuant to this order appointing new counsel for defendant.

DONE, this 27th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE