IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   Case No. 2:05-cr-193-LSC |
| | * |
| **Stephen Shawn Crenshaw** | * |

### MOTION TO WITHDRAW GUILTY PLEA

Comes now the Defendant in the above-styled matter and files this his MOTION TO WITHDRAW GUILTY PLEA and shows as follows:

1. On February 8, 2006 the Defendant entered a plea of guilty to Counts One and Three of the Indictment pursuant to Rule 11(c)(1)(c) and a written Plea Agreement.

2. Pursuant to the terms of the negotiated Plea Agreement the sentence imposed should run concurrently with the forty (40) year sentence imposed in *State of Alabama v. Crenshaw*, CC-03-008.

3. The undersigned counsel was not a party to the negotiations that resulted in the above-referenced Plea Agreement and was appointed to represent the Defendant for sentencing.

4. The Defendant's Counsel was advised on May 15, 2006 that it was

going to be the position of the United States Probation Officer that any sentence imposed on Count Three of the Indictment could not run concurrent with the State sentence, but must be consecutive to that sentence. Obviously, this is contrary to the terms of the Plea Agreement.

5. The Defendant does desire to accept responsibility in this case; however, given the recent development regarding the sentencing, he wishes to withdraw the Plea previously entered and renegotiate the Plea in this case.

6. The Plea previously entered in this case was not knowingly and intelligently entered because the Defendant had been advised that the sentence would be concurrent with the State sentence and not consecutive.

7. Both the Assistant United States Attorney and the United States Probation Officer have been advised that this is the position of the Defendant in this regard.

Wherefore, the Defendant prays that he be allowed to withdraw the previously entered Plea and re-enter negotiations with the United States Attorney's Office.

Respectfully submitted this _18th_ day of _May_, 2006.

_/s/ Russell T. Duraski_
Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
Email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _18th_ day of _May_, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Kent Brunson, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197