RECEIVED

2006 JUN -6  A 11: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

USA

   Plaintiff,

vs.

Stephen Crenshaw

   Defendant.

CIVIL ACTION NO. 2o5cr 193-LSC

## NOTICE OF APPEAL

Notice is hereby given that __Stephen Shawn Crenshaw__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __sentencing__ entered in this action on the __24__ day of __May__, 19__. 2006

__Stephen Crenshaw__
Signature

__June 01, 06__
Date of Signature

__P.O. Box 159 Montgomery__
__AL 36101__
Address