IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   Case No. 2:05-cr-193-LSC |
| | * |
| **Stephen Shawn Crenshaw** | * |

## MOTION TO WITHDRAW

Comes now the undersigned counsel and files this his MOTION TO WITHDRAW and shows as follows:

1. The undersigned was appointed to represent the Defendant for Sentencing in the District Court.

2. After sentencing the Defendant apparently elected to file a Pro Se Notice of Appeal.

3. The Defendant signed a Plea Agreement waiving his right to Appeal. The undersigned counsel believes that an appeal in this matter is baseless and not in the best interest of the client.

Wherefore, the undersigned prays that he is allowed to withdraw as counsel and that new counsel is appointed to represent the Defendant on Appeal.

Respectfully submitted this 28th day of June, 2006.

*[signature]*

Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
Email: duraskilaw@charter.net

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _____ day of _____, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Kent Brunson, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197