IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr193-LSC |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

**ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 45), filed June 28, 2006, and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for 4:00 p.m. on July 11, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

If defendant is in custody, the United States Marshal shall produce defendant for the hearing. The Assistant United States Attorney assigned to this case need not attend.

DONE, this 6th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE