MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| HON. SUSAN RUSS WALKER, MAG JUDGE | AT MONTGOMERY, ALABAMA |
|---|---|
| DATE COMMENCED:  JULY 11, 2006 | 3:50 p.m. |
| DATE COMPLETED:  JULY 11, 2006 | 4:00 p.m. |

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs | * | 2:05cr193-LSC |
| STEPHEN SHAWN CRENSHAW | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| (Attendance not needed per order) | * Russell Duraski | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

HEARING ON RUSSELL DURASKI'S MOTION TO WITHDRAW AS COUNSEL (DOC #45)

| | |
|---|---|
| 3:50 p.m. | Court convenes.<br>Defendant present by telephone.  Russell Duraski present in Court.<br>Court's discussions regarding status of case and Mr. Duraki's motion to withdraw as counsel.<br>Mr. Crenshaw states that ineffective assistance of counsel is the grounds for his appeal.<br>Mr. Duraski states that the defendant can appeal on ineffective assistance of counsel.<br>Mr. Duraski states that defendant would be entitled to appointment of counsel.<br>Mr. Crenshaw states his financial position has not changed.<br>Court will appoint counsel for defendant and will grant Mr. Duraski's motion to withdraw. |
| 4:00 p.m. | Court recessed. |