IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr193-LSC |
| | ) | |
| STEPHEN SHAWN CRENSHAW | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 45), filed June 28, 2006, and the hearing held on July 11, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that CJA panel attorney Tiffany McCord be appointed to represent the defendant for his appeal proceedings. The CJA panel attorney shall file a written notice of appearance with the Appeals Court.

DONE, this 14th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE