UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 2:05-cr-193-LSC |
| ) | |
| STEPHEN SHAWN CRENSHW ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Tiffany B. McCord, and enters her appearance on behalf of the Defendant, Stephen S. Crenshaw, in the above-styled case.

Dated this 18th day of July, 2006.

Respectfully submitted,

s/ Tiffany B. McCord
**TIFFANY B. MCCORD**
**AL Bar No.: ASB-3669-F69M**
P.O. Box 1803
505 S. Perry Street
Montgomery, AL 36102
Phone: (334)356-6529

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney

                                             s/ Tiffany B. McCord
                                             **TIFFANY B. MCCORD**