

**Eleanor Dixon/CA11/11/USCOURTS**
11/27/2007 06:59 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS
bcc:
Subject: ROA Request

Hi Yolanda -

    Please forward us the record on appeal.  Thanks

CA11# 06-13259-CC
USA v. Stephen Shawn Crenshaw
MAL: 2:05-00193 CR C N
----------------------------------------

Thanks!!

Eleanor M. Dixon
U.S. Court of Appeals
(404) 335-6172