RECEIVED

2008 MAR 14 A 10: 03

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 12, 2008

**Appeal Number: 06-13259-CC**
Case Style: USA v. Stephen Shawn Crenshaw
District Court Number: 05-00193 CR-C-N

TO:   Debra P. Hackett

CC:   Tiffany McCord

CC:   Kent B. Brunson

CC:   Sandra J. Stewart

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2008

2008 MAR 14 A 10:03

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 06-13259-CC**
Case Style: USA v. Stephen Shawn Crenshaw
District Court Number: 05-00193 CR-C-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

No. 06-15259-CC

2008 MAR 14 59 A 10 03

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 12 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEPHEN SHAWN CRENSHAW,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE:   TJOFLAT, BLACK and WILSON, Circuit Judges.

BY THE COURT:

Appellee's motion to accept brief out of time is GRANTED.

Appellee's motion to dismiss this appeal due to a valid appeal waiver contained in Appellant's plea agreement is GRANTED as the record shows that the appeal waiver was knowing and voluntary and the issue raised on appeal does not fall within the exceptions to the appeal waiver.

A true Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia